Form NTCREDOC (05/19)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**McPhillips Flying Service, Inc.**<br><br>                                 **Debtor**<br><br>**United States of America, ex rel. Robert T. Kendall IV, and Robert T. Kendall IV, individually**<br><br>                                 **Plaintiff**<br><br>**McPhillips Flying Service, Inc., aka Island Airways, fka Gemini Air Service, Inc., dba Welke Aviation**<br><br>                                **Defendant** | **Case Number 25−02011−jwb**<br><br>**Adv. Pro. No. 25−80050−jwb**<br><br>**Chapter 11**<br><br>**Honorable James W. Boyd** |

## NOTICE REGARDING FILED DOCUMENT

You are hereby notified that the court acknowledges the filing of Stipulated Motion to Extend Time to File Response to Complaint (Document # 13) on December 12, 2025 in the above−referenced case. See LBR 5005−2(e).

**Please note the following:**

    The name of the Defendant is misspelled in the caption of the PDF documents. They list Servies and it should be Service.

    PLEASE TAKE NOTICE that if the errors or deficiencies noted above are not promptly corrected or otherwise addressed, the Clerk may bring the issue to the attention of the assigned judge for appropriate action, which may include holding a hearing, denying the relief requested in the document, or other disposition.

    If you have any questions, please contact the ECF Helpdesk by emailing ecfhelpdeskmiwb@miwb.uscourts.gov, calling (616) 456−2693 or by using online chat via www.miwb.uscourts.gov.



Michelle M. Wilson
CLERK OF BANKRUPTCY COURT

**Dated:** December 15, 2025

/S/_____
L. Tap
Deputy Clerk