## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In the Matter of:

**MCPHILLIPS FLYING SERVICE, INC.,**
**d/b/a Island Airways,**

Case No. BT 25-02011
Chapter 11- Subchapter V
Hon. James W. Boyd

        Debtor.

_____/

United States of America, *ex. rel.* Robert T. Kendall IV,
and Robert T. Kendall IV, individually,

Adversary Proc. No. 25-80050-jwb

        Plaintiffs,

v.

McPhillips Flying Service, Inc.,

    *aka Island Airways, fka Gemini Air Services, Inc.,*
    *dba Welke Aviation*

        Defendant.

_____

## ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSE TO COMPLAINT

        **PRESENT:   HONORABLE JAMES W. BOYD**
                  United States Bankruptcy Judge

      **THIS MATTER** having come before the Court on the Stipulated Motion for Extension of Time for Defendant to File a Response to Plaintiffs' Complaint (the "Motion"), with the Stipulation having been reviewed and signed by counsel for Plaintiffs and Defendant, NOW THEREFORE:

      **IT IS ORDERED** that the Motion is hereby granted, and Defendant shall have until January 9, 2026, to file a response to Plaintiffs' Complaint (Docket #1).

**IT IS FURTHER ORDERED** that a copy of this Order shall be served by electronic notice to all parties of record on the Court's electronic system in this case.

**END OF ORDER**

**IT IS SO ORDERED.**

**Dated December 16, 2025**



James W. Boyd
United States Bankruptcy Judge